UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

William Connelly : No. 3:00cv720(JCH)(HBF)
   v.
David Cosgrove, et al : 11/03/03

### Notice to the Court and Parties

Plaintiff William Connelly gives notice to the Court and the defendants:

1. A Ruling and Order dated October 16, 2003 granted the plaintiff 30 days to file an Amended Complaint, Hall, USDJ.

2. The envelope containing the Ruling and Order was postmarked October 24, 2003. Apx A.

3. The envelope containing the Ruling and Order was tendered to the plaintiff by prison officials at approximately 4:15 p.m. on October 28, 2003.

4. Therefore, the plaintiff will begin counting the 30 days on October 29, 2003, the thirtieth day being November 27 or Thanksgiving Day. Because of the holiday, the plaintiff will post the Amended Complaint no later than December 1, 2003.

Respectfully submitted,

*William Connelly*
William Connelly
CT# 189009
VA# 290678
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870

## Certification

This is to certify that this Notice to the Court was mailed postage prepaid to:

AAG Henri Alexandre
AAG Margaret Chapple
Office of The Attorney General
110 Sherman Street
Hartford, CT 06105

Attorney David G. Hill
Halloran and Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Emanuel Wolff, M.D.
DVA Medical Center
3601 South Sixth Avenue
Tucson, AZ 85723

Date: 11/03/03

_____
William Connelly
PLAINTIFF

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

William Connelly
Inmate 290678
Greenville Correctional Ctr
901 Corrections Way
Jarratt, VA 23870