UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-00-cv-720 (JCH) |
| | : | |
| DAVID COSGROVE, ET AL | : | OCTOBER 8, 2003 |
| Defendants | : | |

## RULING ON PENDING MOTION

The plaintiff seeks an extension of time to file a motion to reopen and amended complaint. On October 16, 2003, the court granted the plaintiff thirty days to file an amended complaint. Accordingly, the Motion for Extension of Time [doc. # 37], which was filed before the court's October 16, 2003 Ruling, is DENIED as moot.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of November, 2003.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge

- 1 -