UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
WILLIAM CONNELLY              :
                              :           PRISONER
     v.                       :   Case No. 3:00CV720(JCH) (HBF)
                              :
DAVID COSGROVE, ET AL.        :
```

RULING AND ORDER

The plaintiff seeks to default the defendants for failure to file a response to the amended complaint.  The plaintiff indicates that he mailed the amended complaint to Assistant Attorneys General Chapple and Alexandre in Hartford, Connecticut.  Neither attorney represents the defendants in this action and the court has not ordered that the amended complaint be served on the defendants.  Because none of the defendants have been served with the amended complaint, they are not in default.  The Motion for Default [**doc. #47**] is **DENIED**.

**SO ORDERED.**

Entered this 15th day of June, 2004, at Bridgeport, Connecticut.

                                        _/s/_____
                                        HOLLY B. FITZSIMMONS
                                        UNITED STATES MAGISTRATE JUDGE