United States District Court
District of Connecticut

William Connelly           :   Prisoner Case No.
v.                         :   3:00cv720(JCH)
David Cosgrove, et al.     :   October 13, 2004

## Declaration

Plaintiff William Connelly attests:

1. I am the plaintiff in the above captioned case. I am incarcerated in Macdougall-Walker Correctional Institution in Suffield, CT.

2. This declaration is in support of my motion for (1) waiver of the requirement that I send seven copies of the Second Amended Complaint to the court or (2) a court order requiring prison officials to copy the Second Amended Complaint without charge.

3. I have been in restricted housing and unable to work since July 11; first in Virginia, now in Connecticut.

4. A Ruling and Order dated September 24, 2004 ordered me to, inter alia, provide the court with seven copies of the Second Amended Complaint (dated November 17, 2003) by October 14, 2004.

5. The R/O was addressed to me at the Virginia prison. It was not tendered to me in Connecticut until October 8.

The R/O set a deadline of October 14 for the complaints and other forms to be mailed to the court.

6. The prison charges twenty-five cents per page to photocopy any legal document. The Second Amended Complaint is comprised of twenty-seven pages of text and sixty-three pages of appendix. The total cost of copying the Second Amended Complaint seven times is $157.50.

7. I have been granted in forma pauperis standing.

8. The $150.00 court fee was paid in full in installments over a period of several months.

9. The Inmate Trust Fund has been slow to record deposits and slow to provide receipts of transactions, but there is no doubt I have less than thirty dollars in my account.

10. There is an inexplicable block on the phone number of the third person on the outside from whom I have been able to obtain emergency funds in the past.

11. The prison counselor who usually makes copies is on vacation, further complicating the matter.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct.

William Connelly
Oct 13, 2004

2