United States District Court
District of Connecticut

William Connelly : Prisoner Case No.
v. : 3:00-cv-720(JCH)
David Cosgrove, et al. : October 8, 2004

FILED
OCT 13 P 4:42
DISTRICT COURT

## Motion for Extension of Time

The plaintiff William Connelly, pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves the court to extend the time by which he must comply with the Ruling and Order dated September 24, 2004, Hall, USDJ.

To enable the U.S. Marshal to effect service of the Amended Complaint dated November 17, 2003, the plaintiff must complete Form 285 for each defendant.

The plaintiff must complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each defendant.

The plaintiff must mail seven copies of the Amended Complaint dated November 17, 2003 to the court.

The plaintiff must complete and return the forms and the copies of the amended complaint within twenty days of the date of the order. The plaintiff computes that deadline to be October 14, 2004. For the reasons stated in the declaration, it will be virtually impossible to meet the October 14 deadline.

The plaintiff has no reason to delay returning the forms and copies of the complaint to the court and, in the attached declaration, has shown good cause for requesting an extension of thirty days.

For the foregoing reasons, this motion for extension of time should be granted.

Respectfully submitted,

*William Connelly, #185009*
Macdougall-Walker C.I.
1153 East Street South
Suffield, CT 06080

### Certification

This is to certify that a handwritten copy of this motion for extension of time and attached declaration under penalty of perjury were mailed to Office of the Attorney General, 55 Elm Street, Hartford, CT 06106, on October 8, 2004.

*William Connelly*

2