United States District Court
District of Connecticut

William Connelly                : Prisoner Case No.
v.                              : 3:00CV720(JCH)
David Cosgrove, et al           : October 20, 2004

FILED 2004 OCT 25 P 5:03 U.S. DISTRICT COURT

## Declaration

The plaintiff William Connelly attests:

1. I am the plaintiff in the above-entitled action and I am currently incarcerated in Macdougall-Walker Correctional Institution in Connecticut.

2. From July 11, 2004 to the present I have been confined in restrictive housing which hinders my access to court; from July 11 to August 22 in Virginia; from August 22 to the present in Connecticut.

3. On July 11 an incident was staged in a gym in the Virginia prison. VDOC personnel, CDOC personnel and others planned the incident for their own financial benefit. An additional and intentional goal of the plot was to ensnare me so as to thwart my litigation in two lawsuits in which the Connecticut Department of Correction and/or its employees are adversary parties.

4. I have been prevented from working at any prison

job since July 11.

5. I have been allowed access to a library once since July 11.

6. The history of this case is littered with examples of lost or delayed legal documents.

7. The Connecticut On-site Monitor is still at the Virginia prison.

8. On September 1, 2004 the court issued a Ruling and Order denying defendant Selig's motion under Rule 54(b) of the Federal Rules of Civil Procedure. The R/O was addressed to me at the Virginia prison. The R/O was tendered to me on October 15 at the Connecticut prison.

9. On September 14, 2004 defendant Selig filed a motion for reconsideration. It was addressed to me at the Virginia prison. The motion was tendered to me on October 1. I was baffled as I had not yet received the September 1 R/O.

10. On September 24, 2004 the court issued a Ruling and Order requiring me to return to the court USM-285s, AO 398s, AO 399s and copies of the amended complaint dated November 17, 2003 for each of the defendants. The amended complaint is comprised of twenty-seven pages of text and sixty-three pages of appendix. Seven copies of the 90 page document will

2

cost $157.50 at twenty-five cents per page. I have $6.90 in my account. When I returned to Connecticut the telephone numbers had been erased from my PIN list. I complained and they were restored. Then the number of a party who frequently sends me money was blocked. I complained and eventually the block was removed. On October 8, the day the September 24 R/O was finally tendered to me, I filed a motion for extension of time to borrow the money for copies. On October 13, alternatively, I filed a motion for a waiver of the copy requirement, noting I have already completed the USM-285s, AO 398s and AO 399s. I wrote to Inmates' Legal Assistance asking for help with the copies. On October 14 I telephoned the Clerk's Office at the U.S. District Court in Bridgeport and explained the difficulties regarding the copies of the amended complaint; the person who answered stated the motion for extension of time was not listed in the computer.

11. The twenty day deadline for filing the USM-285s, AO 398s, AO 399s and amended complaints has expired.

12. I am still in restrictive housing.

I swear under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

10-20-04

3