3:00CV720(JCH)
William Connelly
v.
David Cosgrove, et al

FILED
United States District Court
District of Connecticut
February 25, 2005

2005 MAR -2 P 3:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## Motion for Extension of Time

The plaintiff William Connelly moves for an extension of time to comply with the Ruling and Order dated February 3, 2005, Fitzsimmons, USMJ.

As stated in the attached Declaration, prison officials did not tender the R/O to the plaintiff until February 15, at which time the plaintiff had sufficient funds in his inmate account. Although prison officials confirmed the presence of sufficient funds, they have refused to make copies of seven sets of the Amended Complaint until the plaintiff's request for a money withdrawal "clears." Carl Robinson prison officials are employing dilatory tactics which are not standard operating procedure. (Defendant Christine Whidden is now Warden of Carl Robinson.)

The plaintiff inquires almost daily regarding approval for the copies.

For the foregoing reasons, the Court should extend the deadline for compliance thirty days from February 15, the date the R/O was tendered to the plaintiff.

Respectfully submitted,
William Connelly