3:00CV720(JCH)
William Connelly
v.
David Cosgrove, et al

United States District Court
District of Connecticut
March 4, 2005

FILED
2005 MAR 10 P 4:37
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## Motion for Waiver of Copy Requirement

The plaintiff William Connelly moves for a waiver of the requirement that he provide to the Court seven copies of the Amended Complaint referenced in the Ruling and Order dated February 3, 2005.

Since he was tendered the R/O on February 15, the plaintiff has been making a good faith effort to get photocopies from prison officials. As of this date, prison officials have failed to comply with the request.

The R/O of February 3 denied the motion for waiver of the copy requirement without prejudice, ruling that the plaintiff may renew his request if prison officials fail to comply with the request.

The attached Declaration and other attachments are offered in support of this motion.

For the foregoing reasons, this motion for waiver of the copy requirement should be granted.

Respectfully submitted,
Wm C.
William Connelly
Plaintiff

## Certification

This is to certify that a copy of this motion for waiver of the copy requirement was mailed postage prepaid to Assistant Attorney General Margaret Chapel, 110 Sherman Street, Hartford, CT 06105, on March 4, 2005.

William Connelly, #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082