UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CONNELLY : | |
|     Plaintiff : | PRISONER |
| : | CIVIL ACTION NO. |
| v. : | 3-00-cv-720 (JCH) |
| : | |
| DAVID COSGROVE, ET AL : | |
|     Defendants : | |

**RULING ON PENDING MOTIONS**

The plaintiff seeks an extension of time to respond to the court's order to submit 285 United States Marshal's forms and seven copies of the amended complaint. The Motion for Extension of Time **[doc. #56]** to respond to the court's order to submit 285 forms is **GRANTED**. The plaintiff has informed the court that he has been transferred from Carl Robinson Correctional Institution to Enfield Correctional Institution. Accordingly, plaintiff's Motions for Waiver of Copy Requirement **[docs. ## 57, 58]** are **DENIED** without prejudice as moot.

The plaintiff is directed to complete one 285 form for each of the following defendants in his or her individual capacity: Virginia Golemba, Mark Strange, John O'Neill, Christine Whidden, C.O. Serrano and John Cupka. The plaintiff should use the addresses he has provided to the court in his second amended complaint for these forms. The plaintiff is also directed to complete ONE 285 form to be served on

defendant Cupka c/o Attorney General to be used to serve defendant Cupka in his official capacity. The address for the Attorney General is 55 Elm Street, Hartford, CT 06105.

The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each of the above defendants in his or her individual capacity and one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for defendant Cupka his official capacity. In addition, the plaintiff is directed to submit SEVEN copies of the second amended complaint.

The plaintiff shall complete and return the enclosed forms and the copies of the second amended complaint **within twenty days** of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the second amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the second amended complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on defendants Golemba, Strange, O'Neill, Whidden, Serrano and Cupka in their individual capacities and on defendant Cupka in his official capacity and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

**SO ORDERED** at Bridgeport, Connecticut this 6th day of May, 2005.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge