## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CONNELLY : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-00-cv-720 (JCH) |
| : | |
| DAVID COSGROVE, ET AL : | SEPTEMBER 12, 2005 |
|    Defendants : | |

### DISCLOSURE NOTICE

In May of 2004, the undersigned's spouse undertook the representation of John Rowland, Governor of Connecticut, in a state civil lawsuit filed against him and others. <u>Town of New Hartford, et al v. John G. Rowland, et al</u>, Superior Court, Judicial District of Hartford, CV-04-0832158S.  He was retained by the Office of the Connecticut Attorney General, and his fees will be approved and paid by that Office.  He is not involved in any way in the above-captioned action or the subject matter of it.

It is the conclusion of this court that there is no basis to disqualify myself from the above case under Canon 3C of the Judicial Code of Conduct.  Thus, I do not intend to recuse or to initiate the remittal process, nor am I seeking the consent of the parties to hear and decide this case.

If any party objects to the court's action, a motion should be filed within 20 days of this Order.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of September, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge