UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CONNELLY : | |
|     Plaintiff : | PRISONER |
| : | CIVIL ACTION NO. |
| v. : | 3-00-cv-720 (JCH) |
| : | |
| DAVID COSGROVE, ET AL : | |
|     Defendants : | |

### RULING ON MOTION FOR EXTENSION OF TIME

The plaintiff seeks an extension of time to respond to the court's order to submit seven copies of the amended complaint. The Motion for Extension of Time [**doc. #60**] is **GRANTED**. The plaintiff has submitted the necessary copies.

SO ORDERED at Bridgeport, Connecticut this 12th day of October, 2005.

                                                _____/s/_____
                                                Holly B. Fitzsimmons
                                                United States Magistrate Judge