| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Connelly | 3-00-cv-720(JCH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Cosgrove | Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ Virginia Golemba

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** c/o AAG Margaret Chapel, Office of the Attorney General, 110 Sherman St, Hartford, CT 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Connelly #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity    IFP

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: None

DATE: Feb 18, 2005

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.L.W. | 7/5/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

| | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ☐ | |

| Date of Service | Time | am / pm |
|---|---|---|

Signature of U.S. Marshal or Deputy: G.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

Mailed - 5/5/05

Returned ~ 9/23/05

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Connelly | 3-00-cv-720(JCH) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| David Cosgrove | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Christine Whidden

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o AAG Margaret Chapel, Office of the Attorney General, 110 Sherman St, Hartford CT 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Connelly #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity

IFP

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: Feb 18, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.L.W. | Date 7/5/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy
G/W

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Mailed 7/5/05
Returned 9/23/05 ~ Unexecuted

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Connelly | 3-00-cv-720(JCH) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| David Cosgrove | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mark Strange

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o AAG Margaret Chapel, Office of the Attorney General, 110 Sherman St, Hartford, CT 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Connelly #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: Feb 18 2005

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 14
District to Serve: No. 14
Signature of Authorized USMS Deputy or Clerk: Q.L.W.
Date: 7/5/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Signature of U.S. Marshal or Deputy: Q.L.W

REMARKS:

Mailed 7/5/05 -

Returned 9/23/05 - Unexecuted

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Connelly | 3-00-cv-720(JCH) |
| DEFENDANT | TYPE OF PROCESS |
| David Cosgrove | Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ John O'Neill

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o AAG Margaret Chapel, Office of the Attorney General, 110 Sherman St, Hartford, CT 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Connelly, #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity                    IFP

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: Feb 18, 2005

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 14 | 14 | G.L.W. | 7/5/05 |

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy
G.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Mailed - 7/5/05
Returned ~ 9/23/05 ~ Unexecuted

**PRIOR EDITIONS MAY BE USED**     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: William Connelly | COURT CASE NUMBER: 3-00-cv-720(JCH) |
| DEFENDANT: David Cosgrove | TYPE OF PROCESS: Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: C.O. Serrano

**AT** ADDRESS: c/o AAG Margaret Chapel, Office of the Attorney General, 110 Sherman St, Hartford, CT 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Connelly, #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS: Individual Capacity   IFP

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: Feb 18, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk: Q.L.W.
Date: 7/5/05

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Signature of U.S. Marshal or Deputy: Q.L.W.

**REMARKS:**
Mailed 7/5/05
Returned 9/23/05 — Unexecuted

PRIOR EDITIONS MAY BE USED      1. CLERK OF THE COURT      FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: William Connelly | COURT CASE NUMBER: 3-00-cv-720(JCH) |
| DEFENDANT: David Cosgrove | TYPE OF PROCESS: Complaint |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John Cupka

AT ADDRESS: c/o AAG Margaret Chapel, Office of the Attorney General, 110 Sherman St., Hartford, CT 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
William Connelly, #189009
Carl Robinson C.I.
285 Shaker Road
Enfield, CT 06082

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 6
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Individual Capacity    IFP

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: Feb 18, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Q.L.W. | 7/5/05 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Signature of U.S. Marshal or Deputy: Q.L.W.

REMARKS:
Mailed 7/5/05
Closed ~ 9/23/05 ~ Unexecuted

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)