United States District Court
District of Connecticut

William Connelly
v.                                    No: 3:00CV720(JCH)(HBF)
David Cosgrove, et al.          :   February 22, 2006

<u>Plaintiff's Motion to Compel Discovery</u>

    Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the plaintiff moves the Court to compel the defendants to disclose the information requested by the plaintiff's interrogatories, request for production of documents and request for admissions.

    On January 6, 2006 the plaintiff mailed to defense counsel initial interrogatories and request for documents. On January 11, 2006 the plaintiff mailed to defense counsel a request for admissions. As of this date there has been no response.

    On January 24, 2006 the plaintiff mailed a letter to defense counsel asking for a conference between plaintiff and defense counsel to expedite discovery. As of this date there has been no response.

    For the foregoing reasons, the Court should compel the defendants to comply with discovery requests.

Respectfully submitted

William Connelly, plaintiff

[FILED stamp: 2006 FEB 23 P 3:15 U.S. DISTRICT COURT BRIDGEPORT, CONN]

## Certification

This is to certify that a copy of this motion was mailed postage prepaid to:

Robert B. Fiske III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450

Date: 2/22/06

By: /s/ William Connelly
William Connelly
#189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082