UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR -2 P 1:14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

WILLIAM CONNELLY

v.

DAVID COSGROVE, ET AL.

PRISONER
Case No.  3:00CV720 (JCH) (HBF)

RULING AND ORDER

Pending before the court is plaintiff's motion for default. For the reasons set forth below, the motion is denied.

The plaintiff seeks to default the defendants for failure to plead. Because the defendants have filed an answer to the amended complaint, they are not in default. The Motion for Default **[doc. # 70]** is **DENIED**.

SO ORDERED in Bridgeport, Connecticut, this 2nd of March, 2006.

Janet C. Hall
United States District Judge