United States District Court
District of Connecticut

FILED

William Connelly
:   No. 3:00cv720(JCH)(HBF)
v.
:   2006 APR -7 P 3:39
David Cosgrove, et al.
:   U.S. DISTRICT COURT
    BRIDGEPORT CT
:   April 6, 2006

Notice to the Court
and Opposing Counsel

On April 5, 2006 the pro se plaintiff participated in a teleconference with United States Magistrate Judge Holly B. Fitzsimmons and Assistant Attorney General Robert B. Fiske III. Judge Fitzsimmons stated she will appoint counsel to represent the plaintiff. The plaintiff agreed to court-appointed counsel, but also stated he intends to file an amended complaint.

The plaintiff hereby notifies the Court and opposing counsel that he will file neither an amended complaint nor any other document in this case. The plaintiff will defer to court-appointed counsel.

Respectfully submitted,

William Connelly, #182009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

Certification

This is to certify, that this notice was mailed postage prepaid to Assistant Attorney General Robert B. Fiske III, 110 Sherman Street, Hartford, CT 06105; on April 6, 2006.

Wm C_____
William Connelly, #189208
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082