UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY | : | CIVIL NO. 3:00CV720(JCH)(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID COSGROVE, ET AL | : | MAY 8, 2006 |
| *Defendants* | | |

## THE DEFENDANT'S MOTION FOR A THREE DAY EXTENSION OF TIME TO FILE FOR SUMMARY JUDGMENT

The defendants respectfully move for a three day extension of time from today's deadline to May 11, 2006, to file their motion for summary judgment. The counsel for the defendants has been steadfastly working on the motion for summary judgment, but it has taken longer than expected to reach some of the defendants and obtain supporting affidavits as well as the responses to the plaintiff's requests for discovery.

The undersigned counsel for the defendants has been working diligently to complete the motion by today's deadline date, but despite a good faith effort, has not been successful. But, in a further effort to minimize delay, only a three additional days are requested.

This is the second request for an extension of time by the defendants. If this request is not granted the defendants will be severely prejudiced as their motion for summary judgment is nearly complete and three additional days will not cause the plaintiff to suffer any undue prejudice. The plaintiff is incarcerated and so his position with respect to this motion is unknown.

WHEREFORE, the defendants respectfully request that this Motion for a three day extension of time from May 8, 2006 to May 11, 2006 to file for summary judgment, be granted.

        DEFENDANTS
        COSGROVE, ET AL

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   __/s/_____
       Robert B. Fiske, III
       Assistant Attorney General
       Office of the Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct17831
       Tel.:  (860) 808-5450
       Fax:  (860) 808-5591
       E-Mail: robert.fiske@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this, the 8th day of May, 2006, to:

Mr. William Connelly, #189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

       __/s/_____
       Robert B. Fiske, III
       Assistant Attorney General