United States District Court
District of Connecticut

2006 MAY 11 P 3:52

William Connelly                :     No. 3:00CV720(JCH)(HBF)
v.                              :
David Cosgrove, et al.          :     May 10, 2006

Plaintiff's Motion for Extension of time to Respond to Defendants' Motion for Summary Judgment and Other Defendants' Filings

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules, the plaintiff moves for an extension of time to respond to the defendants' motion for summary judgment and any other documents filed by the defendants prior to the appointment of an attorney to represent the plaintiff.

In a teleconference at 4:30 p.m. on April 5, 2006 United States Magistrate Holly B. Fitzsimmons stated she intends to appoint counsel to represent the plaintiff. The plaintiff asks the court to set a deadline at a reasonable time after counsel is appointed so that such counsel will be able to respond to the summary judgment motion and any other documents

(over)

in an informed and competent manner.

Additionally, inasmuch as discovery materials have a bearing on the outcome of a motion for summary judgment and counsel for the defendants has not fully complied with the pro se plaintiff's discovery requests as ordered by the court, no response to a motion for summary judgment can be adequately made.

The pro se inmate plaintiff attempted to inquire of defendants' counsel, Robert B. Fiske III, as to whether there is agreement or objection to this motion for extension of time. Mr. Fiske informed prison counselor Sheryl Lessard that he will not speak with the pro se plaintiff over the phone unless ordered to do so by the court. See attachments, declaration.

For the foregoing reasons, this motion for extension of time until a reasonable time after appointment of counsel should be granted.

Respectfully submitted,

William Connelly
#189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

2

Certification

This is to certify that a copy of this motion for extension of time was mailed to Robert B. Fiske III, Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105; tel: (860) 808-5450; on May 10, 2006.

*William Connelly*
William Connelly