United States District Court
District of Connecticut

William Connelly            No. 3:00CV720(JCH)(HBF)

v.

David Cosgrove, et al.      May 10, 2006

Declaration in Support of Plaintiff's Motion for Extension of Time

William Connelly declares under penalty of perjury:

1. I am the plaintiff in this action and I am confined in Enfield Correctional Institution.

2. The defendants were given an extension of time until May 6, 2006 to file for summary judgment. As of the date of this declaration, I have not been tendered a motion for summary judgment.

3. I cannot be certain such motion has not been filed because my privileged correspondence has, on occasion, been delayed and/or confiscated.

4. The defendants' responses to my discovery requests due April 28, 2006, were inadequate. Defendants O'Neill and Cupka responded to my requests for admissions, but did not respond to my initial interrogatories or requests for production of documents. I anticipate court-appointed counsel will ask for sanctions or file a motion to compel more complete discovery.

5. Law libraries have been officially abolished in
(see back)

Connecticut penal facilities and I am not an attorney.

6. At 4:30 p.m. on April 5, 2006 I participated in a teleconference with Judge Holly B. Fitzsimmons and Assistant Attorney General Robert F. Fiske III. Judge Fitzsimmons stated that she will seek counsel for me and she repeated that intention in an order dated April 7, 2006. During the teleconference I stated that Mr. Fiske should mail discovery materials to court-appointed counsel and Judge Fitzsimmons agreed, and in the April 7 order Judge Fitzsimmons instructed Mr. Fiske to send discovery materials to the court if counsel has not been appointed when Mr. Fiske completes discovery. Key documents have disappeared from my files, and I am not able to secure sensitive discovery materials. Defense counsel, nevertheless, continues to send discovery documents to me, most recently on May 9, 2006.

7. I do not intend to file an amended complaint prior to appointment of counsel.

8. Regardless of whether the defendants seek summary judgment, the motion to which this declaration is attached is a request for an extension of time for all plaintiff's filings until a reasonable time after appointment of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

05-10-06

William Connelly

CN 9602
6/99

ATTACHMENT B
# CONNECTICUT DEPARTMENT OF CORRECTION

## INMATE REQUEST FORM

**Facility/Unit:** CCIE E-79B         **Date:** April 27, 2006

**Inmate Name:** William Connelly         **Number:** 189009

**Request:** Please arrange a privileged call to Asst. Atty. Gen. Robert B. Fiske III at (860) 808-5450. Call required by the Local Rules of the U.S. District Court for the District of Connecticut.

(Continue on Back If Necessary)

**Previous Action Taken:** _____

(Continue on Back If Necessary)

**Submitted To:** Counselor Lessard         **Date Received:** _____

**Acted On By:** _____

**Action Taken and/or Response:** Atty Fiske call me back and informed me that you need to write to him. He will only speak to you by phone if he has a court order.

(Continue on Back If Necessary)

**Date of Response to Inmate:** _____

**Signature of Staff Member:** Mrs Lessard



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
### State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

April 28, 2006

William Connelly, Inmate #189009
Enfield Correctional Institution
289 Shaker Road, P.O. Box 1500
Enfield, CT 06082

Re:   **Connolly v. Cosgrove, Et Al.**

Dear Mr. Connolly:

Please find enclosed the defendant's responses to your Request For Production, Interrogatory Requests for Mark Strange, and Admission Responses of defendant's Serrano, Strange, Golemba and Whidden.

The missing Interrogatory and Admission Responses I am hopeful of providing to you by early next week. I have had difficulty in having two of the retired defendant's contacting me and scheduling conflicts with others has made the task more time consuming. Thank you for your understanding.

Very truly yours,

Robert B. Fiske, III
Assistant Attorney General

RBF:bmw
cc Magistrate Fitzsimmons
Enclosures  US District Court
            415 Lafayette Blvd
            Bridgeport, Ct.