FILED

2006 MAY 17  A 11: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY<br>*Plaintiff* | : | ~~PRISONER~~<br>No. 3:00CV720(JCH)(HBF) |
| v. | : | |
| DAVID COSGROVE, ET AL<br>*Defendants* | : | MAY 15, 2006 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
### FOR AN EXTENSION OF TIME

The undersigned counsel for the defendants has received the plaintiff's Motion for an Extension of Time, dated May 10, 2006, to respond to the defendant's Motion for Summary Judgment. In light of the fact that the undersigned requested, and was granted, additional time to file the defendant's Motion for Summary Judgment, the defendants do not oppose the plaintiff's request for additional time to respond.

...


DEFENDANTS
DAVID COSGROVE, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert B. Fiske, III
Assistant Attorney General
Federal Bar No. ct 17831
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
Fax: (860) 808-5193
E-mail: robert.fiske@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 16th day of May, 2006, first class postage prepaid to:

Mr. William Connelly, #189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

_____
Robert B. Fiske, III
Assistant Attorney General