United States District Court
District of Connecticut

William Connelly                         No. 3:00cv720(JCH)(HBF)
v.
David Cosgrove, et al.                   June 7, 2006

<u>Plaintiff's Motion for Extension of
Time to Respond to Motion for Summary Judgment</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules, the plaintiff moves for an extension of time to August 3, 2006 to file papers in opposition to the defendants' motion for summary judgment. The current deadline is July 3, 2006.

On Monday afternoon, June 5, 2006 prison officials tendered to the plaintiff an Order of Notice to Pro Se Litigant, Fitzsimmons, U.S.M.J. The order was signed May 30, 2006, stamped by the clerk of court June 2, 2006, and the envelope was postmarked June 2, 2006.

The plaintiff expected appointment of counsel. A pro se inmate litigant suing prison officials faces many obstacles, such as interference with incoming and outgoing mail and the disappearance of key documents from legal files. Access to the library tends to diminish. The logistics and expense of having copies made are formidable hindrances.

(see back)

In the case sub judice, as of this date, defendants O'Neill, Whidden, Golemba and Serrano have not filed responses to interrogatories as requested by the plaintiff in documents dated January 5, 2006. None of the defendants has produced the documents specified in the January 5, 2006 request for production of documents.

The plaintiff did not seek the prior consent of Assistant Attorney General Robert B. Fiske III because the latter will not speak with the plaintiff on the telephone unless ordered to do so by the court.

For the foregoing reasons, this motion for extension of time until August 3, 2006 should be granted.

Respectfully submitted,

William Connelly, #188009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

Certification

This motion was mailed postage prepaid to Assistant Attorney General Robert B. Fiske III, 110 Sherman Street, Hartford, CT 06105, on June 7, 2006.

William Connelly

2