United States District Court
District of Connecticut

William Connelly           :   No. 3:00CV720(JCH)(HBF)
v.                         :
David Cosgrove,            :
Theresa Lantz, et al.      :   July 3, 2006

### Plaintiff's Motion for Leave to File Supplemental Complaint

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiff moves for leave to file a supplemental complaint adding Theresa Lantz, Commissioner of Correction, as a defendant and asking for declaratory and injunctive relief regarding the plaintiff's ex post facto early release claim.

The plaintiff claims that General Statutes section 18-100(e)(1989) should control his early release eligibility and that that statute authorizes the Commissioner of Correction to release inmates accordingly. This issue was raised in paragraphs 13, 19 and 23 of the original complaint dated April 4, 2000 and stamped April 5, 2000 by the clerk.

The legal arguments in support of this motion are set forth in the accompanying memorandum of law.

Wherefore, the plaintiff asks the court to grant this motion for leave to file a supplemental complaint.

Respectfully submitted,

William Connelly
#189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

### Certification

This is to certify that a copy of this motion was mailed postage prepaid to Robert B. Fiske III, Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105; tel: (860) 808-5450; on July 3, 2006.

William Connelly

2