July 21, 2006

To: A. Esposito, Career Law Clerk
From: William Connelly
Re: Connelly v. Cosgrove, et al., 3:00cv720(JCH)(HBF); document numbers 92 and 93

Today I received the order denying my motion to file an amended complaint. I cannot understand the order.

On July 3, 2006 I filed a motion for leave to file a supplemental complaint, the supplemental complaint and a memorandum in support thereof. The foregoing were deposited in the prison mailbox on July 3.

I will attempt to make copies of the motion, supplemental complaint and memorandum of law and mail them to you again.

William Connelly
#189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082