United States District Court
District of Connecticut

William Connelly  :  No. 3:00CV720(JCH)(HBF)
v.                :
David Cosgrove,   :
Theresa Cantz, et al.  :  Sep 20, 2006

<u>Motion for Leave to File Supplemental Complaint</u>

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiff moves the Court for leave to file a supplemental complaint.

Be advised this is not the original motion for leave dated and mailed to the Court on July 3, 2006 and again on July 27. In a letter to the plaintiff dated September 7, 2006, Assistant Attorney General Robert B. Fiske III acknowledged receiving the original motion for leave. Copies of the original motion for leave have been stolen from the plaintiff's file.

A supplemental complaint deals with events that occurred after the original complaint was filed, but relates back to the original complaint. <u>City of Hawthorne v. Wright</u>, 493 U.S. 815, 815 (1989). A supplemental complaint can add new parties. <u>Griffin v. County School Board of Prince Edward County</u>, 377 U.S. 218, 227 (1964). Permission to file a supplemental complaint

should be granted freely and should be denied only where the complaint is filed in bad faith or with an intent to delay. Novak v. National Broadcasting Co., Inc., 724 F. Supp. 141, 145 (S.D.N.Y. 1989).

The supplemental complaint cannot be said to be filed in bad faith as it relates back to paragraphs 13, 19 and 23 of the original complaint dated April 14, 2000, wherein the ex post facto early release issue was raised, and injunctive relief was requested. Subsequently, memoranda issuing from the department of correction and the office of the attorney general have described their opposition to the plaintiff's claim more specifically and completely than did defendant Golemba's handwritten note affixed to the plaintiff's application for early release. Golemba, O'Neill and Armstrong retired and Major Lynn Milling, Commissioner Theresa Lantz and several of the plaintiff's block counselors are in the loop. Judge Holly B. Fitzsimmons, in a Ruling and Order dated April 7, 2006, stated: "If plaintiff decides to file a Third Amended Complaint prior to appointment of counsel, he is advised to file a Motion to Amend the Second Amended Complaint and to attach a copy of the proposed Third Amended Complaint." Judge Fitzsimmons's order was in response to the plaintiff's stated intention in the April 5 Teleconference to ask for injunctive relief on the ex post facto early release issue and to add Commissioner Lantz as a defendant. Counsel was not appointed.

Rule 15 provides for filing supplemental complaints as well as amended complaints. A supplemental complaint is more appropriate here because the plaintiff reapplied under the law in effect on the date of the crime and was again rebuffed, with the department of correction and office of attorney general submitting legal analyses arguing that Public Act 90-261 (codified as section 54-125a) should be applied retroactively to determine the plaintiff's early release date.

The plaintiff certainly does not welcome delay. He maintains he is currently eligible for release and has been eligible for several years. The department of correction has delayed adjudication of this issue by, inter alia, offering questionable testimony at the 1999 habeas hearing and intercepting documents the plaintiff attempted to mail; most recently the Rule 56(a)2 package and the supplemental complaint. Key documents have also vanished from the plaintiff's files kept in his cell.

The plaintiff will once again try to mail this motion for leave plus the supplemental complaint and memorandum of law.

For the foregoing reasons this motion for leave should be granted.

Respectfully submitted,

*[signature]*

William Connelly
#189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

Certification
    This is to certify that this motion for leave was mailed to Assistant Attorney General Robert B. Fiske III, Mackenzie Hall, 110 Sherman Street, Hartford, CT 06105; tel: (860) 808-5450; on September 20, 2006

*[signature]*

                      William Connelly

Note:
    A motion for leave was originally filed July 3, 2006. My copy of that motion for leave vanished from my files. This is a rewrite.

*[signature]*