## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 3:00 CV 720 (JCH) |
| | : | |
| DAVID COSGROVE, ET AL., | : | |
| | : | |
| Defendants. | : | NOVEMBER 1, 2006 |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCES of the undersigned counsel on behalf of plaintiff William Connelly.

By:   /s/ Jonathan B. Tropp
Jonathan B. Tropp (ct11295)
jbtropp@dbh.com


/s/ Catherin Dugan O'Connor
Catherine Dugan O'Connor (ct22530)
cdoconnor@dbh.com


/s/ William C. Mercer
William C. Mercer (ct26526)
wcmercer@dbh.com


DAY, BERRY & HOWARD, LLP
One Canterbury Green
Stamford, CT 06901
Tel:  (203) 977-7300
Fax:  (203) 977-7301

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, by U.S. Mail, First Class Postage Prepaid on November 1, 2006, to the following:

Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct17831
E-Mail:  robert.fiske@po.state.ct.us
Tel:  (860) 808-5450
Fax:  (860) 808-5591

/s/ Jonathan B. Tropp
Jonathan B. Tropp