UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY | : | NO. 3:00CV720(JCH) |
| | : | |
| v. | : | |
| | : | |
| THERESA LANTZ, ET AL | : | JANUARY 31, 2007 |

## MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b), the moving defendant, Theresa Lantz, hereby moves for a two week enlargement of time, from January 31, 2007 to February 14, 2007 to respond or object to the plaintiff's Request for Interrogatories and Production as they pertain to the Third Amended Complaint, dated January 25, 2007. If the relief sought by way of this motion is denied, it will unduly prejudice the defendant, whereas if it is granted, it will not prejudice the plaintiff.

The undersigned counsel for the defendant has obtained the consent of plaintiff's counsel, Mr. Tropp, for this two week enlargement of time. In the interim, counsel for the defendant has agreed to provide plaintiff's counsel with all documents already in their possession which are responsive to the discovery requests, absent any objection.

WHEREFORE, the defendant respectfully requests that her Motion for an Enlargement of Time to February 14, 2007 to respond or object to the plaintiff's Request for Interrogatories and Production be granted.

                                                DEFENDANT
                                                THERESA LANTZ

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:     /s/ _____
          Robert B. Fiske, III
          Assistant Attorney General
          Fed. Bar No. ct17831
          110 Sherman Street
          Hartford, CT  06105
          Tel:  (860) 808-5450
          Robert.Fiske@po.state.ct.us

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 31rst day of January, 2007,

to:

Mr. Jonathan Tropp, Esq.
Ms. Catherine Dugan O'Connor, Esq.
Mr. William C. Mercer, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

                                                        ___/s/_____
                                                        Robert B. Fiske, III
                                                        Assistant Attorney General