UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY | : | CIVIL NO. 3:00CV720(JCH) |
| | : | |
| V. | : | |
| | : | |
| THERESA LANTZ | : | JUNE 25, 2007 |

## **NOTICE OF MANUAL FILING**

Please take notice that Defendant Theresa Lantz, have manually filed the following exhibits:

- A.   Connelly v. Lantz, Third Amended Complaint dated January 25, 2007;
- B.   William A. Connelly v. Commissiomner of Correction, Supreme Court Decision;;
- E.   Classification Manual 1989 Guidelines;
- F.   Public Act 90-261;
- G.   Classification Manual 1991 Guidelines;
- H.   Connecticut General Statute 54-125a;
- I.   Letter to William Connelly from Lynn Milling dated October 20, 2003;
- J.   Public Act 90-261;
- K.   Asherman v. Meachum, Ruling filed May 1, 1990.

This document has not been filed electronically because:

[  ]  **Medical Records**.
[ x ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the documents exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
Theresa Lantz

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 25th day of June, 2007:

Jonathan B. Tropp
William C. Mercer
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047

___/s/_____
Steven R. Strom
Assistant Attorney General