UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| WILLIAM CONNELLY,<br>         *Plaintiff*,<br><br>      v.<br><br>THERESA C. LANTZ, Commissioner of<br>the Connecticut Department of Correction,<br>         *Defendant*. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:00-CV-720(JCH)<br>)<br>)<br>)<br>) July 13, 2007<br>) |

**MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff William Connelly ("Plaintiff") hereby moves pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut ("L.R.") to extend plaintiff's time to respond to defendant Theresa C. Lantz's ("Defendant") motion for summary judgment until August 3, 2007. In support of this motion, Plaintiff states as follows:

1. Defendant's motion for summary judgment was filed on June 26, 2007. Accordingly, pursuant to L.R. 7(a), Plaintiff's opposition is presently due on Tuesday, July 17, 2007.

2. Plaintiff is incarcerated in the Enfield Correctional Institution in Enfield, Connecticut. As a consequence of his incarceration, communication between Plaintiff and his counsel regarding Plaintiff's opposition to the motion for summary judgment is constrained. In particular, transmission to Plaintiff of drafts of opposition papers and the receipt of comments thereon from Plaintiff are constrained by the need to abide by the rules and regulations of the Department of Corrections regarding communication with inmates.

ORAL ARGUMENT NOT REQUESTED

-2-

3. For these reasons, Plaintiff believes that additional time may be required to file his opposition memorandum.

4. Counsel for Defendant has been consulted and has no objection to an extension of the present deadline until Friday, August, 3, 2007.

5. This is Plaintiff's first request for an extension of this deadline.

**WHEREFORE**, Plaintiff respectfully requests an extension of time until August 3, 2007 to oppose Defendant's motion for summary judgment.

        PLAINTIFF,
        WILLIAM CONNELLY

By:    /s/ William C. Mercer
       Jonathan B. Tropp (ct11295)
       Catherine Dugan O'Connor (ct22530)
       William C. Mercer (ct26526)
       Day Pitney LLP
       One Canterbury Green
       Stamford, Connecticut 06901
       (203) 977-7300
       Fax: (203) 977-7301
       wcmercer@dbh.com

       His Attorneys

-3-

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT, on the date hereof, a copy of the foregoing was served via

First Class U.S. Mail, postage prepaid, upon the following counsel for Defendant:

Steven R. Strom, Esq.
Robert B. Fiske, III, Esq.
Assistant Attorneys General
110 Sherman Street
Hartford, CT 06105

/s/ William C. Mercer
William C. Mercer