UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

William Connelly :  No. 3:00CV720(JCH)
v. :
Theresa Lantz :  July 24, 2007

## Plaintiff's Request for Oral Argument

The pro se plaintiff, William Connelly, informs the Court he will exercise his right to make oral argument in opposition to the defendant's motion for summary judgment. The plaintiff asks the Court to habeas him to court from prison on the date of the oral argument.

Respectfully submitted,

William Connelly
#189009
Enfield C.I.
289 Shaker Road
Enfield, CT 06082

## Certification

This is to certify that this document was mailed to Assistant Attorneys General Steven R. Strom and Robert B. Fiske, 110 Sherman Road, Hartford, CT 06105; tel: (860-808-5450; on July 24, 2007.