UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 AUG -1 P 3:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

William Connelly : No. 3:00CV720(JCH)
v.
Theresa Lantz : July 24, 2007

## Motion for Extension of Time

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 9, the plaintiff moves for a 30 day extension of time to file his response to the defendant's 6-25-07 motion for summary judgment.

### Brief History.

The plaintiff's Third Amended Complaint, filed by Attorney Jonathan Tropp, was dated January 25, 2007. The deadline to respond to the defendant's motion for summary judgment is August 3, 2007.

### Specific Facts.

Attorney Tropp and plaintiff Connelly have been in perpetual conflict regarding the inadequacy of the defendant's responses to discovery requests. Attorney Tropp failed to file either a motion to compel or a motion for sanctions to induce the defendant to produce early release data submitted to the legislature in support of Public Act 90-261 and in support of requests for money to build new prisons. Attorney Tropp failed to file either a motion to compel or a subsequent

motion for sanctions to induce the defendant to produce specific data about inmates released circa 11-10-89 under Connecticut General Statutes, section 18-100(e). Attorney Tropp also failed to pursue sufficient avenues of inquiry beyond asking the defendant for information. Attorney Tropp, in general, failed to proceed as if the plaintiff and defendant were in an adversary relationship.

The plaintiff will proceed pro se. The current deadline for the plaintiff's response to the defendant's motion for summary judgment is August 3, 2007. The plaintiff has not been able to secure the consent of defendant's counsel regarding the motion for extension of time.

Legal Grounds.

As evidenced by the defendant's Motion for Summary Judgment and attachments, Attorney Tropp has allowed the defendant to rely on unsubstantiated affidavits by the defendant's subordinates and retroactive application of statutes and directives more onerous to the plaintiff, at this point in time, than the statutes and directives in effect on the date of the crime.

The problems between Attorney Tropp and the plaintiff enhanced by the obstacles faced by an incarcerated pro se litigant suing the Department of Correction necessitate an extension of time.

Wherefore, the plaintiff asks for an extension of time to 30 days from the date the motion is granted so as to respond to the motion for summary judgment.

Respectfully submitted,

William Connelly
#189009
Enfield C.I.
289 Shaker Road
Enfield, CT 06082

Certification

This is to certify that a copy of this document was mailed to Assistant Attorneys General Steven R. Strom and Robert B. Fiske, 110 Sherman Street, Hartford, CT 06105; tel: (860) 808-5450.

Date: 7-24-07

William Connelly

3