UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CONNELLY,<br>    *Plaintiff*,<br><br>    v.<br><br>THERESA C. LANTZ, Commissioner of<br>the Connecticut Department of Correction,<br>    *Defendant*. | CIVIL ACTION NO. 3:00-CV-720(JCH)<br><br><br>August 2, 2007 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES AS COURT-APPOINTED PRO BONO COUNSEL

  Pursuant to D. Conn. Local Civil Rules 7(e) and 83.10, the undersigned counsel respectfully move this Court to withdraw their Appearances in the above-captioned matter as Court-Appointed *Pro Bono* counsel for plaintiff, William Connelly. As explained in Mr. Connelly's recent submission to the Court, dated July 24, 2007, Mr. Connelly no longer wishes to be represented by the undersigned counsel and instead has elected to again represent himself *pro se* in this case. See July 24, 2007 Notice to Court and Adversary Party of Intent to Proceed *Pro Se* ("Notice").

  Withdrawal is warranted by the circumstances of this case because Mr. Connelly has discharged the undersigned as counsel. (Notice at 1.) Mr. Connelly has clearly expressed his

ORAL ARGUMENT NOT REQUESTED

-2-

informed election no longer to be represented by the undersigned but instead to represent himself. Mr. Connelly's Notice expressly states that he is discharging the undersigned. (Notice at 1.) The provisions of L.Civ.R. 83.10 provide that appointed counsel shall be discharged under these circumstances. L.Civ.R. 83.10(e)(2) (appointed attorney shall be discharged from further representation where request for discharge is supported by good cause, such as a substantial disagreement between the party and appointed attorney on litigation strategy); L.Civ.R. 83.10(e)(3) (where request for discharge is not supported by good cause, the party may prosecute the action *pro se*, and the appointed attorney shall be discharged from the representation).

Mr. Connelly has requested that the undersigned file this motion to withdraw and been informed that we would do so. A copy of this motion has been sent to Mr. Connelly by certified mail, pursuant to Local Rule 7(e) and 83.10(d)(1).

WHEREFORE, for the foregoing reasons, the undersigned counsel respectfully seek leave to withdraw their appearances for the plaintiff, William Connelly, in this case.

/s/ Jonathan B. Tropp
Jonathan B. Tropp (ct11295)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
jbtropp@daypitney.com

-2-

    /s/ Catherine Dugan O'Connor
    Catherine Dugan O'Connor (ct17316)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    Telephone:  (203) 977-7300
    Facsimile:  (203) 977-7301
    cdoconnor@daypitney.com

    /s/ William C. Mercer
    William C. Mercer (ct26526)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    Telephone:  (203) 977-7300
    Facsimile:  (203) 977-7301
    wcmercer@daypitney.com

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY THAT, on the date hereof, a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, upon the following counsel for Defendant:

    Steven R. Strom, Esq.
    Robert B. Fiske, III, Esq.
    Assistant Attorneys General
    110 Sherman Street
    Hartford, CT 06105

A copy of the foregoing was also sent by certified mail, return receipt requested, to:

    Mr. William Connelly, #189009
    Enfield Correctional Institution
    289 Shaker Road
    Enfield, CT  06082

    /s/ Jonathan B. Tropp
    Jonathan B. Tropp