United States District Court
District of Connecticut

William Connelly           : No. 3:00CV720(JCH)
v.                         :
Theresa Lantz              : August 15, 2007

## Plaintiff's Motion to Compel

The plaintiff moves pursuant to Rules 33, 34 and 37 of the Federal Rules of Civil Procedure for an order compelling the defendant to produce answers to interrogatories submitted on 2-14-07 and to produce for inspection and copying the documents requested on 2-13-07. Exh A, B.

Date: 8-15-07

Respectfully submitted,

William Connelly
#189009
Enfield C.I.
289 Shaker Road
Enfield, CT 06082

Certification: This is to certify that a copy of this motion was mailed to Steven R. Strom and Robert B. Fiske, Assistant Attorneys General, 110 Sherman Street, Hartford, CT 06105; tel:(860)808-5450; fax:(860)808-5591; on 8-15-07