United States District Court
District of Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
8-20-07
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

William Connelly              : No. 3:00CV720(JCH)
v.                            :
Theresa Lantz                 : August 15, 2007

Affidavit in Support of Motion Pursuant to Rule 56(f).

William Connelly, being duly sworn, deposes and says:

1. I am the plaintiff in this case. I make this affidavit in support of my motion pursuant to Rule 56(f).

2. My early pro se discovery requests were ignored by the defendant(s).

3. For several months I prodded Attorney Jonathan Tropp to be more aggressive in discovery. I sought comprehensive data on inmates released from prison to an approved community residence or halfway house pursuant to Conn. Gen. Stat. § 18-100(e). Attorney Tropp stated that the data sought by me was accessible to the department of correction and would likely be retrieved for an important reason. (I had suggested that DOC would eagerly compile the data in support of a legislative lobbying effort to build a new prison.) But Attorney Tropp stated that my claim was not sufficiently important to press DOC to produce the

records.

4. The defendant submitted the response to the second set of interrogatories (dated 2-14-07) and responses to the plaintiff's request for documents (dated 2-13-07) stapled together and with page enumeration 1 through 8: pages 1 through 5 for the interrogatories; pages 6 through 8 for the documents. Responses to document requests numbered 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17 and 18 are missing.

5. Attorney Tropp has not sent to me the draft of the affidavit or the complete affidavit he referenced in his 56(a)(2) Statement of Facts and Disputed Issues.

Wherefore, the plaintiff asks that the Court grant this motion pursuant to Rule 56(f) in all respects.

William Connelly

Sworn to and Subscribed before me
15th day of Aug, 2007

My Commission Expires 7/31/2011

2