UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:00cv720(JCH) |
| | : | |
| v. | : | |
| | : | |
| THERESA C. LANTZ, | : | FEBRUARY 14, 2007 |
| | : | |
| Defendant | : | |
| | : | |

I, Pei Ti Lee, am over the age of 18 and understand the obligations of an oath. I hereby state under oath:

1. I am employed by the Department of Correction ("DOC") as a Systems Developer 4. I have been employed by the DOC in the management information field since 1988.

2. My responsibilities as a Systems Developer 4 include developing databases, producing reports, programming in a number of computer languages and working on the DOC's website.

3. In the course of my responsibilities and duties as a Systems Developer 4, I was assigned the task of retrieving the information requested by plaintiff in his Second Set of Interrogatories Numbers 7 through 12, and his Second Set of Document Requests Number 4.

4. As to Interrogatory Number 7, our data storage and retrieval systems provide no way in which to distinguish the date a particular inmate was classified as going to

any particular program, for example early release, halfway house or transitional supervision.

5. As to Interrogatory Number 8, our data storage and retrieval systems provide no way in which to distinguish the date a particular inmate was classified as going to any particular program, for example early release, halfway house or transitional supervision.

6. As to Interrogatory Number 10, our data storage and retrieval systems provide no method of accurately calculating inmates' total effective terms of past incarceration. Under these circumstances, we cannot calculate the number of inmates who had not served 10% of their sentences, or had more than 30 months to their early release date. Because of multiple definitions of Class A and Class B disciplinary infractions through the relevant years, our data storage and retrieval systems provide no method of accurately sorting this data in the manner requested. Similarly, the need to integrate multiple classification records with multiple movement records is beyond the reporting requirements of our data storage and retrieval systems.

7. Because Interrogatory Number 11 depends on information in Interrogatory Number 10, our data storage and retrieval systems provide no method of accurately reporting that information.

8. I was able to generate data responsive to Interrogatory Number 9, which asks:

As of July 1, for each year from 1989 to date, identify (a) the total number of inmates in the legal custody of the Commissioner, (b) the total number of inmates in the physical custody of the DOC, (c) the total number of inmates classified for supervised home release, (d) the total numbers of inmates, by classification, not classified for supervised home release who were in the legal custody of the

Commissioner but not in the physical custody of the DOC, and (e) the total number of inmate beds available within DOC.

**ANSWER TO INTERROGATORY NUMBER 9(a)**: The total number of inmates in the legal custody of the Commissioner as of July 1, 1989, and as of July 1 of each successive year ending July 1, 2006 is as set forth in **Table A**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO INTERROGATORY NUMBER 9(b)**: The total number of inmates in the physical custody of the DOC as of July 1, 1989, and as of July 1 of each successive year ending July 1, 2006 is as set forth in **Table A**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO INTERROGATORY NUMBER 9(c)**: The total number of inmates classified for supervised home release as of July 1, 1989, and as of July 1 of each successive year ending July 1, 2006 is as set forth in **Table A**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO INTERROGATORY NUMBER 9(d)**: The total number of inmates not classified for supervised home release, who were in the legal custody of the Commissioner, but not in the physical custody of the DOC as of July 1, 1989, and as of July 1, 2006 of each successive year ending July 1 is as set forth

in **Table A**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO INTERROGATORY NUMBER 9(e)**: The total number of inmate beds available within DOC as of July 1, 1989, and as of July 1 of each successive year ending July 1, 2006 is as set forth in **Table B**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases. However, this data is only available in our system from 1994 to present.

9. I was able to generate data responsive to Interrogatory Number 12, which asks:

   For each year from 1989 to present, identify the number of inmates reclassified from an Offender Classification and/or Risk Level Classification higher than 2 directly to an Offender Classification and/or Risk Level Classification 1.

   **ANSWER TO INTERROGATORY NUMBER 12**: The number of inmates reclassified from an Offender Classification and/or Risk Level Classification higher than 2 directly to an Offender Classification and/or Risk Level Classification 1 for each year from 1989 to present is as set forth in **Table C**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

10. I was able to generate data responsive to Document Request Number 4, which requests:

Documents sufficient to show, for each month from November 1989 to date, (a) the total number of inmates in the legal custody of the Commissioner, (b) the total number of inmates in the physical custody of the DOC, (c) the total number of inmates classified for supervised home release, (d) the total numbers of inmates, by classification, not classified for supervised home release who were in the legal custody of the Commissioner but not in the physical custody of the DOC, and (e) the total number of inmate beds available within DOC.

**ANSWER TO REQUEST NUMBER 4(a)**: The total number of inmates in the legal custody of the Commissioner as of November 1, 1989, and as of November 1 of each successive year ending November 1, 2006 is as set forth in **Table D**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO REQUEST NUMBER 4(b)**: The total number of inmates in the physical custody of the DOC as of November 1, 1989, and as of November 1 of each successive year ending November 1, 2006 1 is as set forth in **Table D**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO REQUEST NUMBER 4(c)**: The total number of inmates classified for supervised home release as of November 1, 1989, and as of November 1 of each successive year ending November 1, 2006 is as set forth in **Table D**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO REQUEST NUMBER 4(d)**: The total number of inmates not classified for supervised home release, who were in the legal custody of the Commissioner, but not in the physical custody of the DOC as of November 1, 1989, and as of November 1 of each successive year ending November 1, 2006 is as set forth in **Table D**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases.

**ANSWER TO REQUEST NUMBER 4(e)**: The total number of inmate beds available within DOC as of November 1, 1989, and as of November 1 of each successive year ending November 1, 2006 is as set forth in **Table E**, attached hereto and incorporated by reference herein. To the best of my knowledge the numbers are reasonably accurate based on the data available to the DOC in the Agency's databases. However, this data is only available in our system from 1994 to present.

_____
Pei Ti Lee

Sworn to and Subscribed
Before me this 14th day
Of February, 2007

_____
Trisha M. Morris
Commissioner of the Superior Court

## Connecticut Department of Correction

| Date | Facility | Supervised Home Release | Halfway House | Transitional Supervision | Parole | Total Supervised (including Parole in all dates) | Total Supervised (Parole not included between 7/94-7/03) |
|---|---|---|---|---|---|---|---|
| 07/01/89 | 8,899 | 3,587 | 316 | | 355 | 13,157 | 13,157 |
| 07/01/90 | 9,589 | 5,617 | 355 | | 365 | 15,926 | 15,926 |
| 07/01/91 | 10,814 | 5,798 | 373 | | 392 | 17,377 | 17,377 |
| 07/01/92 | 11,022 | 4,856 | 345 | | 460 | 16,683 | 16,683 |
| 07/01/93 | 11,769 | 3,832 | 298 | | 480 | 16,379 | 16,379 |
| 07/01/94 | 14,125 | 650 | 337 | 683 | 918 | 16,713 | 15,795 |
| 07/01/95 | 14,889 | 97 | 513 | 566 | 1,171 | 17,236 | 16,065 |
| 07/01/96 | 14,967 | 0 | 527 | 678 | 1,226 | 17,398 | 16,172 |
| 07/01/97 | 15,588 | 0 | 562 | 1,004 | 1,040 | 18,194 | 17,154 |
| 07/01/98 | 15,909 | 0 | 649 | 936 | 1,081 | 18,575 | 17,494 |
| 07/01/99 | 16,776 | 0 | 758 | 910 | 1,156 | 19,600 | 18,444 |
| 07/01/00 | 17,459 | 0 | 738 | 581 | 1,499 | 20,277 | 18,778 |
| 07/01/01 | 17,700 | 0 | 729 | 644 | 1,730 | 20,803 | 19,073 |
| 07/01/02 | 18,873 | 0 | 768 | 888 | 1,863 | 22,392 | 20,529 |
| 07/01/03 | 19,121 | 0 | 668 | 1,069 | 2,150 | 23,008 | 20,858 |
| 07/01/04 | 18,582 | 0 | 731 | 1,027 | 2,567 | 22,907 | 22,907 |
| 07/01/05 | 18,150 | 0 | 936 | 950 | 2,759 | 22,795 | 22,795 |
| 07/01/06 | 18,568 | 0 | 1,038 | 893 | 2,582 | 23,081 | 23,081 |

Table A

CONNECTICUT DEPARTMENT OF CORRECTION - MIS                     13:58 Monday, January 22, 2007   1

| DATE | DOC BEDS Sum |
|---|---|
| 07/01/1994 | 14388 |
| 07/01/1995 | 15165 |
| 07/01/1996 | 15724 |
| 07/01/1997 | 15870 |
| 07/01/1998 | 16444 |
| 07/01/1999 | 17094 |
| 07/01/2000 | 17600 |
| 07/01/2001 | 17450 |
| 07/01/2002 | 18088 |
| 07/01/2003 | 18542 |
| 07/01/2004 | 18806 |
| 07/01/2005 | 18466 |
| 07/01/2006 | 18693 |

Table B

Case 3:00-cv-00720-JCH    Document 142-2    Filed 09/10/2007    Page 9 of 15

CONNECTICUT DEPARTMENT OF CORRECTION - MIS
NUMBER OF INMATES WITH OVERALL SCORE CHANGED FROM 2 AND HIGHER TO 1
COUNT BY CLASSIFICATION HEARING DATE

The FREQ Procedure

| CDATE | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| SEP89 | 9 | 0.01 | 9 | 0.01 |
| OCT89 | 52 | 0.06 | 61 | 0.07 |
| NOV89 | 90 | 0.10 | 151 | 0.16 |
| DEC89 | 103 | 0.11 | 254 | 0.27 |
| JAN90 | 182 | 0.19 | 436 | 0.47 |
| FEB90 | 77 | 0.08 | 513 | 0.55 |
| MAR90 | 393 | 0.42 | 906 | 0.97 |
| APR90 | 285 | 0.31 | 1191 | 1.28 |
| MAY90 | 488 | 0.52 | 1679 | 1.80 |
| JUN90 | 435 | 0.47 | 2114 | 2.26 |
| JUL90 | 675 | 0.72 | 2789 | 2.99 |
| AUG90 | 781 | 0.84 | 3570 | 3.82 |
| SEP90 | 701 | 0.75 | 4271 | 4.58 |
| OCT90 | 747 | 0.80 | 5018 | 5.38 |
| NOV90 | 519 | 0.56 | 5537 | 5.93 |
| DEC90 | 645 | 0.69 | 6182 | 6.62 |
| JAN91 | 835 | 0.89 | 7017 | 7.52 |
| FEB91 | 645 | 0.69 | 7662 | 8.21 |
| MAR91 | 905 | 0.97 | 8567 | 9.18 |
| APR91 | 502 | 0.54 | 9069 | 9.71 |
| MAY91 | 564 | 0.60 | 9633 | 10.32 |
| JUN91 | 749 | 0.80 | 10382 | 11.12 |
| JUL91 | 806 | 0.86 | 11188 | 11.98 |
| AUG91 | 603 | 0.65 | 11791 | 12.63 |
| SEP91 | 502 | 0.54 | 12293 | 13.17 |
| OCT91 | 785 | 0.84 | 13078 | 14.01 |
| NOV91 | 574 | 0.61 | 13652 | 14.62 |
| DEC91 | 342 | 0.37 | 13994 | 14.99 |
| JAN92 | 635 | 0.68 | 14629 | 15.67 |
| FEB92 | 600 | 0.64 | 15229 | 16.31 |
| MAR92 | 526 | 0.56 | 15755 | 16.88 |
| APR92 | 854 | 0.91 | 16609 | 17.79 |
| MAY92 | 443 | 0.47 | 17052 | 18.27 |
| JUN92 | 438 | 0.47 | 17490 | 18.74 |
| JUL92 | 571 | 0.61 | 18061 | 19.35 |
| AUG92 | 453 | 0.49 | 18514 | 19.83 |
| SEP92 | 612 | 0.66 | 19126 | 20.49 |
| OCT92 | 575 | 0.62 | 19701 | 21.10 |
| NOV92 | 567 | 0.61 | 20268 | 21.71 |
| DEC92 | 451 | 0.48 | 20719 | 22.19 |
| JAN93 | 518 | 0.55 | 21237 | 22.75 |
| FEB93 | 387 | 0.41 | 21624 | 23.16 |
| MAR93 | 596 | 0.64 | 22220 | 23.80 |
| APR93 | 567 | 0.61 | 22787 | 24.41 |
| MAY93 | 604 | 0.65 | 23391 | 25.06 |
| JUN93 | 707 | 0.76 | 24098 | 25.81 |
| JUL93 | 179 | 0.19 | 24277 | 26.01 |
| AUG93 | 308 | 0.33 | 24585 | 26.34 |
| SEP93 | 306 | 0.33 | 24891 | 26.66 |

Table C

CONNECTICUT DEPARTMENT OF CORRECTION - MIS
NUMBER OF INMATES WITH OVERALL SCORE CHANGED FROM 2 AND HIGHER TO 1
COUNT BY CLASSIFICATION HEARING DATE

The FREQ Procedure

| CDATE | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| OCT93 | 293 | 0.31 | 25184 | 26.98 |
| NOV93 | 374 | 0.40 | 25558 | 27.38 |
| DEC93 | 378 | 0.40 | 25936 | 27.78 |
| JAN94 | 405 | 0.43 | 26341 | 28.22 |
| FEB94 | 379 | 0.41 | 26720 | 28.62 |
| MAR94 | 541 | 0.58 | 27261 | 29.20 |
| APR94 | 386 | 0.41 | 27647 | 29.62 |
| MAY94 | 301 | 0.32 | 27948 | 29.94 |
| JUN94 | 394 | 0.42 | 28342 | 30.36 |
| JUL94 | 330 | 0.35 | 28672 | 30.71 |
| AUG94 | 388 | 0.42 | 29060 | 31.13 |
| SEP94 | 373 | 0.40 | 29433 | 31.53 |
| OCT94 | 320 | 0.34 | 29753 | 31.87 |
| NOV94 | 386 | 0.41 | 30139 | 32.28 |
| DEC94 | 331 | 0.35 | 30470 | 32.64 |
| JAN95 | 298 | 0.32 | 30768 | 32.96 |
| FEB95 | 314 | 0.34 | 31082 | 33.30 |
| MAR95 | 338 | 0.36 | 31420 | 33.66 |
| APR95 | 342 | 0.37 | 31762 | 34.02 |
| MAY95 | 316 | 0.34 | 32078 | 34.36 |
| JUN95 | 276 | 0.30 | 32354 | 34.66 |
| JUL95 | 275 | 0.29 | 32629 | 34.95 |
| AUG95 | 330 | 0.35 | 32959 | 35.31 |
| SEP95 | 305 | 0.33 | 33264 | 35.63 |
| OCT95 | 429 | 0.46 | 33693 | 36.09 |
| NOV95 | 312 | 0.33 | 34005 | 36.43 |
| DEC95 | 346 | 0.37 | 34351 | 36.80 |
| JAN96 | 294 | 0.31 | 34645 | 37.11 |
| FEB96 | 302 | 0.32 | 34947 | 37.44 |
| MAR96 | 321 | 0.34 | 35268 | 37.78 |
| APR96 | 275 | 0.29 | 35543 | 38.07 |
| MAY96 | 343 | 0.37 | 35886 | 38.44 |
| JUN96 | 334 | 0.36 | 36220 | 38.80 |
| JUL96 | 324 | 0.35 | 36544 | 39.15 |
| AUG96 | 285 | 0.31 | 36829 | 39.45 |
| SEP96 | 305 | 0.33 | 37134 | 39.78 |
| OCT96 | 492 | 0.53 | 37626 | 40.31 |
| NOV96 | 333 | 0.36 | 37959 | 40.66 |
| DEC96 | 348 | 0.37 | 38307 | 41.03 |
| JAN97 | 364 | 0.39 | 38671 | 41.42 |
| FEB97 | 430 | 0.46 | 39101 | 41.89 |
| MAR97 | 411 | 0.44 | 39512 | 42.33 |
| APR97 | 418 | 0.45 | 39930 | 42.77 |
| MAY97 | 395 | 0.42 | 40325 | 43.20 |
| JUN97 | 541 | 0.58 | 40866 | 43.78 |
| JUL97 | 538 | 0.58 | 41404 | 44.35 |
| AUG97 | 525 | 0.56 | 41929 | 44.91 |
| SEP97 | 508 | 0.54 | 42437 | 45.46 |
| OCT97 | 481 | 0.52 | 42918 | 45.97 |

2

1

CONNECTICUT DEPARTMENT OF CORRECTION - MIS
NUMBER OF INMATES WITH OVERALL SCORE CHANGED FROM 2 AND HIGHER TO 1
COUNT BY CLASSIFICATION HEARING DATE

The FREQ Procedure

| CDATE | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|-------|-----------|---------|----------------------|--------------------|
| NOV97 | 407 | 0.44 | 43325 | 46.41 |
| DEC97 | 438 | 0.47 | 43763 | 46.88 |
| JAN98 | 430 | 0.46 | 44193 | 47.34 |
| FEB98 | 431 | 0.46 | 44624 | 47.80 |
| MAR98 | 502 | 0.54 | 45126 | 48.34 |
| APR98 | 374 | 0.40 | 45500 | 48.74 |
| MAY98 | 438 | 0.47 | 45938 | 49.21 |
| JUN98 | 462 | 0.49 | 46400 | 49.70 |
| JUL98 | 379 | 0.41 | 46779 | 50.11 |
| AUG98 | 389 | 0.42 | 47168 | 50.53 |
| SEP98 | 462 | 0.49 | 47630 | 51.02 |
| OCT98 | 474 | 0.51 | 48104 | 51.53 |
| NOV98 | 376 | 0.40 | 48480 | 51.93 |
| DEC98 | 537 | 0.58 | 49017 | 52.51 |
| JAN99 | 382 | 0.41 | 49399 | 52.92 |
| FEB99 | 400 | 0.43 | 49799 | 53.34 |
| MAR99 | 553 | 0.59 | 50352 | 53.94 |
| APR99 | 425 | 0.46 | 50777 | 54.39 |
| MAY99 | 437 | 0.47 | 51214 | 54.86 |
| JUN99 | 480 | 0.51 | 51694 | 55.37 |
| JUL99 | 419 | 0.45 | 52113 | 55.82 |
| AUG99 | 490 | 0.52 | 52603 | 56.35 |
| SEP99 | 429 | 0.46 | 53032 | 56.81 |
| OCT99 | 347 | 0.37 | 53379 | 57.18 |
| NOV99 | 291 | 0.31 | 53670 | 57.49 |
| DEC99 | 352 | 0.38 | 54022 | 57.87 |
| JAN00 | 353 | 0.38 | 54375 | 58.25 |
| FEB00 | 420 | 0.45 | 54795 | 58.70 |
| MAR00 | 415 | 0.44 | 55210 | 59.14 |
| APR00 | 317 | 0.34 | 55527 | 59.48 |
| MAY00 | 367 | 0.39 | 55894 | 59.87 |
| JUN00 | 329 | 0.35 | 56223 | 60.23 |
| JUL00 | 394 | 0.42 | 56617 | 60.65 |
| AUG00 | 430 | 0.46 | 57047 | 61.11 |
| SEP00 | 392 | 0.42 | 57439 | 61.53 |
| OCT00 | 406 | 0.43 | 57845 | 61.96 |
| NOV00 | 362 | 0.39 | 58207 | 62.35 |
| DEC00 | 334 | 0.36 | 58541 | 62.71 |
| JAN01 | 455 | 0.49 | 58996 | 63.20 |
| FEB01 | 392 | 0.42 | 59388 | 63.62 |
| MAR01 | 430 | 0.46 | 59818 | 64.08 |
| APR01 | 407 | 0.44 | 60225 | 64.51 |
| MAY01 | 449 | 0.48 | 60674 | 64.99 |
| JUN01 | 378 | 0.40 | 61052 | 65.40 |
| JUL01 | 474 | 0.51 | 61526 | 65.91 |
| AUG01 | 466 | 0.50 | 61992 | 66.41 |
| SEP01 | 460 | 0.49 | 62452 | 66.90 |
| OCT01 | 566 | 0.61 | 63018 | 67.51 |
| NOV01 | 428 | 0.46 | 63446 | 67.96 |

```
           CONNECTICUT DEPARTMENT OF CORRECTION - MIS
NUMBER OF INMATES WITH OVERALL SCORE CHANGED FROM 2 AND HIGHER TO 1
              COUNT BY CLASSIFICATION HEARING DATE

                        The FREQ Procedure
```

| CDATE | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| DEC01 | 394 | 0.42 | 63840 | 68.39 |
| JAN02 | 569 | 0.61 | 64409 | 69.00 |
| FEB02 | 524 | 0.56 | 64933 | 69.56 |
| MAR02 | 503 | 0.54 | 65436 | 70.10 |
| APR02 | 696 | 0.75 | 66132 | 70.84 |
| MAY02 | 595 | 0.64 | 66727 | 71.48 |
| JUN02 | 568 | 0.61 | 67295 | 72.09 |
| JUL02 | 590 | 0.63 | 67885 | 72.72 |
| AUG02 | 490 | 0.52 | 68375 | 73.24 |
| SEP02 | 493 | 0.53 | 68868 | 73.77 |
| OCT02 | 631 | 0.68 | 69499 | 74.45 |
| NOV02 | 457 | 0.49 | 69956 | 74.94 |
| DEC02 | 597 | 0.64 | 70553 | 75.58 |
| JAN03 | 524 | 0.56 | 71077 | 76.14 |
| FEB03 | 484 | 0.52 | 71561 | 76.66 |
| MAR03 | 647 | 0.69 | 72208 | 77.35 |
| APR03 | 488 | 0.52 | 72696 | 77.87 |
| MAY03 | 466 | 0.50 | 73162 | 78.37 |
| JUN03 | 501 | 0.54 | 73663 | 78.91 |
| JUL03 | 551 | 0.59 | 74214 | 79.50 |
| AUG03 | 408 | 0.44 | 74622 | 79.94 |
| SEP03 | 478 | 0.51 | 75100 | 80.45 |
| OCT03 | 489 | 0.52 | 75589 | 80.97 |
| NOV03 | 478 | 0.51 | 76067 | 81.48 |
| DEC03 | 439 | 0.47 | 76506 | 81.95 |
| JAN04 | 392 | 0.42 | 76898 | 82.37 |
| FEB04 | 424 | 0.45 | 77322 | 82.83 |
| MAR04 | 562 | 0.60 | 77884 | 83.43 |
| APR04 | 411 | 0.44 | 78295 | 83.87 |
| MAY04 | 396 | 0.42 | 78691 | 84.29 |
| JUN04 | 466 | 0.50 | 79157 | 84.79 |
| JUL04 | 428 | 0.46 | 79585 | 85.25 |
| AUG04 | 444 | 0.48 | 80029 | 85.73 |
| SEP04 | 381 | 0.41 | 80410 | 86.14 |
| OCT04 | 420 | 0.45 | 80830 | 86.59 |
| NOV04 | 457 | 0.49 | 81287 | 87.07 |
| DEC04 | 360 | 0.39 | 81647 | 87.46 |
| JAN05 | 400 | 0.43 | 82047 | 87.89 |
| FEB05 | 308 | 0.33 | 82355 | 88.22 |
| MAR05 | 491 | 0.53 | 82846 | 88.74 |
| APR05 | 490 | 0.52 | 83336 | 89.27 |
| MAY05 | 420 | 0.45 | 83756 | 89.72 |
| JUN05 | 526 | 0.56 | 84282 | 90.28 |
| JUL05 | 368 | 0.39 | 84650 | 90.68 |
| AUG05 | 445 | 0.48 | 85095 | 91.15 |
| SEP05 | 515 | 0.55 | 85610 | 91.71 |
| OCT05 | 521 | 0.56 | 86131 | 92.26 |
| NOV05 | 508 | 0.54 | 86639 | 92.81 |
| DEC05 | 462 | 0.49 | 87101 | 93.30 |

CONNECTICUT DEPARTMENT OF CORRECTION - MIS
NUMBER OF INMATES WITH OVERALL SCORE CHANGED FROM 2 AND HIGHER TO 1
COUNT BY CLASSIFICATION HEARING DATE

The FREQ Procedure

| CDATE | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| JAN06 | 507 | 0.54 | 87608 | 93.85 |
| FEB06 | 441 | 0.47 | 88049 | 94.32 |
| MAR06 | 610 | 0.65 | 88659 | 94.97 |
| APR06 | 430 | 0.46 | 89089 | 95.43 |
| MAY06 | 485 | 0.52 | 89574 | 95.95 |
| JUN06 | 575 | 0.62 | 90149 | 96.57 |
| JUL06 | 460 | 0.49 | 90609 | 97.06 |
| AUG06 | 566 | 0.61 | 91175 | 97.67 |
| SEP06 | 521 | 0.56 | 91696 | 98.23 |
| OCT06 | 492 | 0.53 | 92188 | 98.75 |
| NOV06 | 475 | 0.51 | 92663 | 99.26 |
| DEC06 | 435 | 0.47 | 93098 | 99.73 |
| JAN07 | 255 | 0.27 | 93353 | 100.00 |

## Connecticut Department of Correction

| Date | Facility | Supervised Home Release | Halfway House | Transitional Supervision | Parole | Total Supervised (including Parole in all dates) | Total Supervised (Parole not included between 11/94-11/03) |
|---|---|---|---|---|---|---|---|
| 11/01/89 | 9,019 | 4,293 | 349 | | 363 | 14,024 | 14,024 |
| 11/01/90 | 9,842 | 6,100 | 378 | | 362 | 16,682 | 16,682 |
| 11/01/91 | 10,942 | 5,621 | 367 | | 398 | 17,328 | 17,328 |
| 11/01/92 | 11,180 | 4,402 | 351 | | 482 | 16,415 | 16,415 |
| 11/01/93 | 13,386 | 2,054 | 323 | | 562 | 16,325 | 16,325 |
| 11/01/94 | 14,519 | 375 | 486 | 674 | 947 | 17,001 | 16,054 |
| 11/01/95 | 15,264 | 47 | 529 | 603 | 1,160 | 17,603 | 16,443 |
| 11/01/96 | 15,279 | 0 | 557 | 697 | 1,087 | 17,620 | 16,533 |
| 11/01/97 | 15,896 | 0 | 574 | 1,139 | 990 | 18,599 | 17,609 |
| 11/01/98 | 16,451 | 0 | 701 | 903 | 1,128 | 19,183 | 18,055 |
| 11/01/99 | 17,596 | 0 | 750 | 725 | 1,218 | 20,289 | 19,071 |
| 11/01/00 | 17,567 | 0 | 743 | 569 | 1,515 | 20,394 | 18,879 |
| 11/01/01 | 18,303 | 0 | 737 | 666 | 1,771 | 21,477 | 19,706 |
| 11/01/02 | 19,461 | 0 | 768 | 941 | 1,940 | 23,110 | 21,170 |
| 11/01/03 | 19,103 | 0 | 677 | 1,027 | 2,301 | 23,108 | 20,807 |
| 11/01/04 | 18,761 | 0 | 734 | 921 | 2,516 | 22,932 | 22,932 |
| 11/01/05 | 18,408 | 0 | 971 | 876 | 2,619 | 22,874 | 22,874 |
| 11/01/06 | 19,243 | 0 | 1,025 | 927 | 2,608 | 23,803 | 23,803 |

Table D

```
CONNECTICUT DEPARTMENT OF CORRECTION - MIS        09:19 Monday, January 29, 2007   1
```

| DATE | DOC BEDS Sum |
|---|---|
| 11/01/1994 | 14792 |
| 11/01/1995 | 15459 |
| 11/01/1996 | 15724 |
| 11/01/1997 | 16155 |
| 11/01/1998 | 16732 |
| 11/01/1999 | 17492 |
| 11/01/2000 | 17606 |
| 11/01/2001 | 17822 |
| 11/01/2002 | 18302 |
| 11/01/2003 | 18790 |
| 11/01/2004 | 18786 |
| 11/01/2005 | 18666 |
| 11/01/2006 | 18693 |

Table E