## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CONNELLY | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:00-cv-00720(JCH) |
| | : | |
| THERESA C. LANTZ | : | SEPTEMBER 24, 2007 |
|     Defendant. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

    _____ All purposes, except trial, unless the parties consent to trial before the Magistrate Judge

    \_\_\_\_ A ruling on all pretrial motions, except dispositive motions

    \_\_\_\_ To supervise discovery and resolve discovery disputes

    \_\_√\_\_ A ruling on the following motion(s) which are currently pending:
**Motion to Compel (Doc. No. 138)**
**Motion to Refuse the Application for Judgment (Doc. No. 139)**

    \_\_\_\_ A conference to discuss the following:

    _____ A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of September, 2007.

                                          /s/ Janet C. Hall
                                         Janet C. Hall
                                         United States District Judge