UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

William Connelly  :  No. 3:00CV720(JCH)

v.

Theresa Lantz

10-10-07

FILED
2007 OCT 10 P 1:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION PURSUANT TO RULE 83(b)

Plaintiff, William Connelly, pursuant to Rule 83(b) of the Federal Rules of Civil Procedure, moves the Court to enter a consent decree based on representations in the defendant's Reply Memorandum in Support of Summary Judgment.

On page 3 of the brief, the defendant states the plaintiff will be eligible for "transfer parole" pursuant to section 54-125h on May 13, 2008. The plaintiff asks that this acknowledgement be stipulated in a decree to the effect that the plaintiff is eligible for consideration for such parole on May 13 and may submit an application based on such eligibility. The defendant offers Exhibit B, Administrative Directive 11.2, and cites Gen. Stat. section 54-125h as authorization for releasing the plaintiff to the community. Although it appears to the plaintiff that A. D. 11.2 applies only to a person already in a community residential program, the plaintiff will accept the defendant's interpretation.

On pages 4 and 5 of the brief, the defendant states that the Commissioner has the discretion to override classification guidelines and release the plaintiff to a private home or public or private halfway house at this time. The plaintiff asks

that this acknowledgement be stipulated in a decree to the effect that the plaintiff may submit an application and be considered for such release at this time.

Therefore, the plaintiff requests the Court and the parties fashion a consent decree stipulating that the plaintiff is currently eligible to apply and be considered for early release (1) under section 18-100(e) to an approved/sponsored private home or public or private halfway house and (2) will eligible and may submit an application for "transfer parole" under section 54-125h on May 13, 2008.

If a satisfactory decree cannot be effectuated, the plaintiff does not, by virtue of this motion, relinquish his ex post facto claim that he is currently eligible to be considered for release to an approved private home or public or private halfway house pursuant to Gen. Stat. section 18-100(e)(1989) and Administrative Directive 1.6 (1989) and that he may initiate the application according to A. D. 1.6 upon a favorable decision by this Court.

Respectfully submitted,

*[signature]*

William Connelly
#189009
Enfield Correctional Institution
289 Shaker Road
Enfield, CT 06082

**Certification.**

This is to certify that a copy of this document was mailed to Steven R. Strom, Assistant Attorney General, 110 Sherman Street. Hartford, CT 06105; tel: (860) 808-5450; fax: (860) 808-5591.

Date: 10-10-07

*[signature]*
William Connelly