## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Warden Jose A. Feliciano, Jr.
Enfield Correctional Institution                 3:00CV720 (JCH)
289 Shaker Road
Enfield, Ct. 06082

    YOU ARE HEREBY COMMANDED to have the body of <u>William Connolly</u>, Inmate number 189009, now detained under your custody, produced before Honorable Janet C. Hall, United States District Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on Monday, October 29, 2007, at 10:00 a.m., or from time to time thereafter as the case may be adjourned, and immediately thereafter the said Connolly will be returned under safe and secure conduct.

    WITNESS the Honorable Janet C. Hall, United States District Judge at Bridgeport, Connecticut, this 12th of October, 2007.

                                  ROBERTA D. TABORA, Clerk

                              By   /S/ Vivian Klein
                                    Vivian Klein
                                    Deputy Clerk

DC 10 - Habeas Corpus