AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF

Connally

v.

Cosgrove

**EXHIBIT AND WITNESS LIST**

Case Number: 00CV720 (JCH)

Filed 10/30/07
Roberta D., Clerk
By: Deputy Clerk

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet C Hall | Pro se | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | T. Pedarpa | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/29/07 | ✓ | | Court Exh 1 Classification Manual |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages