FILED

2007 NOV 26  A 9: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**FEDERAL RULES OF APPELLATE PROCEDURE FORMS**

**AND**

**SECOND CIRCUIT MISCELLANEOUS FORMS**

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the _____
         District of _Connecticut_____

         File Number _3:00CV720(JCH)_____

_William Connelly_,
~~~~~~~ Plaintiff     )
                      )
    v.                )    Notice of Appeal
                      )
_Theresa Lantz_,      )
~~~~~~~ Defendant     )

    Notice is hereby given that __(see below)_____
(_____ here name all parties taking the appeal) _____, (plaintiffs)
(defendants) in the above named case,* hereby appeal to the United
States Court of Appeals for the _____ Circuit
(from the final judgment) (from an order (describing it)) entered
in this action on the _____ day of _____, 19____.

                              (s)_____
                                  Attorney for_____
                                  Address:_____

* See Rule 3(c) for permissible ways of identifying appellants.

Notice is hereby given that William Connelly, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order that judgment be entered in favor of the defendants, entered on the 6th day of November, 2007.

November 20, 2007

Wm C
William Connelly
Pro se plaintiff

(See Attachment)

Attachment to Form 1, Notice of Appeal

In accord with Rule 3(c)(1)(B), the plaintiff specifies that he challenges the judgment as to defendant Lantz only, as embodied by the district court's grant of summary judgment dated November 2, 2007.

The plaintiff-appellant's issue on appeal is: Whether the district court erroneously determined that defendant Lantz' retroactive application of statutes and regulations effective after the date of the crime does not create a sufficient risk of increasing the measure of punishment attached to the crime and is not, therefore, violative of the Ex Post Facto Clause.

Note: The plaintiff's motion pursuant to Rule 59(e), dated November 12, 2007, is pending.

Note: The district court granted IFP status to the plaintiff on November 2, 2001.

November 20, 2007

William Connelly
#189008
Enfield C.I.
289 Shaker Road
Enfield, CT 06082