April 7, 2008

To: Hon. Janet C. Hall
From: William Connelly, plaintiff-appellant
Re: Connelly v. Lantz, 3:00CV720(JCH); appeal

Today I spoke with Donnell Bolden of the Second Circuit clerk's office.

Mr. Bolden stated there are two appellate docket numbers in this case: 07-5393-pr and 07-5464-pr. Mr. Bolden stated 07-5393-pr is the "lead" number. I also have a letter from Clerk of Court Catherine O'Hagan Wolfe stating that the sole docket number is 07-5464-pr.

Mr. Bolden suggested the district court received two notices of appeal and that the problem originated in the district court.

Enclosed is the operative notice of appeal dated 11-20-07 and stamped 11-26-07. As you can see, there is one defendant (Theresa Lantz) and one issue (the community release matter based on the Ex Post Facto Clause).

Please clarify this matter for the Second Circuit.

P.S.
There was an earlier docket number in play, 04-104. Can that be the lead docket number?

William Connelly, 187009
Enfield C.I.
289 Shaker Road
Enfield, CT 06082

FILED

2007 NOV 26  A 9 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**FEDERAL RULES OF APPELLATE PROCEDURE FORMS**

**AND**

**SECOND CIRCUIT MISCELLANEOUS FORMS**

Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the _____
District of  _Connecticut_____

File Number  _3:00CV720(JCH)_____

_William Connelly,_
_____ Plaintiff         )
                          )
         v.               )   Notice of Appeal
_Theresa Lantz,_          )
_____ Defendant         )

Notice is hereby given that __(see below)_____
(____here name all parties taking the appeal____), (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the _____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _____ day of _____, 19____.

(s)_____
Attorney for_____
Address:_____

* See Rule 3(c) for permissible ways of identifying appellants.

Notice is hereby given that William Connelly, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order that judgment be entered in favor of the defendants, entered on the 6th day of November, 2007.

November 20, 2007

Wm C
William Connelly
Pro se plaintiff

(See Attachment)

Attachment to Form 1, Notice of Appeal

In accord with Rule 3(c)(1)(B), the plaintiff specifies that he challenges the judgment as to defendant Lantz only, as embodied by the district court's grant of summary judgment dated November 2, 2007.

The plaintiff-appellant's issue on appeal is: Whether the district court erroneously determined that defendant Lantz' retroactive application of statutes and regulations effective after the date of the crime does not create a sufficient risk of increasing the measure of punishment attached to the crime and is not, therefore, violative of the Ex Post Facto Clause.

Note: The plaintiff's motion, pursuant to Rule 59(e), dated November 12, 2007, is pending.

Note: The district court granted IFP status to the plaintiff on November 2, 2001.

November 20, 2007

William Connelly
#189008
Enfield C.I.
289 Shaker Road
Enfield, CT 06082